**Opinion issued August 18, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00682-CV

———————————

## IN RE ADRIENE SIBLEY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Adriene Sibley, has filed a "Petition for Writ of Mandamus or Prohibition."[1] We **deny** the petition. Relator's request for emergency relief regarding the petition is dismissed as moot.

## PER CURIAM

Panel consists of Justices Keyes, Massengale, and Lloyd.

---

[1] The underlying case is *Seminole Pipeline Company, LLC v. Adriene Sibley a/k/a Adriene Gail Lewis*, cause number CI50979, pending in the County Court at Law No. 3 of Brazoria County, Texas, the Honorable Jeremy E. Warren presiding.